AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
113 E. Hermosa Drive, Tempe, Arizona 85282.

Case No. 23-5012MB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

YOU ARE COMMANDED to execute this warrant on or before  2/1/23  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: January 18, 2023 @ 4:46pm    *[Judge's signature]*

City and state: <u>Phoenix, Arizona</u>    <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
*Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

The bedroom, common areas, rooms, outbuildings, and sheds, utilized, controlled, or accessible by ERIC THOMAS SCIONTI located at 113 E. Hermosa Dr., Tempe, Arizona 85282 (hereafter, the "Subject Premises").

The Subject Premises is a north facing, single-story, single-family residence, constructed of yellow painted brick with red decorative brick pillars, green decorative shutters next to exterior windows, wooden front door with glass inlay, beige/tan shingle roof, attached single carport on the west side, and the numbers "113" affixed on both sides of the standalone brick mailbox at the front of the residence, located at 113 E. Hermosa Dr., Tempe, Arizona 85282





## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

Agents are authorized to search for evidence, contraband, fruits, or instrumentalities of violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2) (Felon in Possession of a Firearm or Ammunition) as further described in the affidavit of probable cause including:

1. Any firearms and firearm accessories, ammunition, magazines, cases, boxes, 80% lower receivers (completed and uncompleted), upper receivers, triggers and trigger groups, barrels, optics, gunsmithing tools, and related manuals, receipts, and records.

2. Documentation of any firearms, firearm transactions, firearm ownership, firearm registration, firearm parts, and paperwork showing the purchase, storage, disposition, or dominion and control over any firearms, firearm parts, and ammunition.

3. Tools, CNC machines, and 3D Printers used or capable of being used for the purpose of milling/completing 80% lower receivers or 3D printing firearm parts and accessories.

3. Indicia of current occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents.

4. Indicia of historical occupancy, residency, and/or ownership of other premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents

5. Any safes, locked cabinets, and/or other secured containers and/or devices capable of holding the items noted above. Law enforcement shall be permitted to open such locked containers by force, or through the use of a locksmith if necessary.

1

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-5012 MB | 1/18/2023 at 5:03 PM | Robin Scionti (Homeowner) |

Inventory Made in the Presence of:

FBI Special Agent John Wlasuk

Inventory of the property taken and name of any person(s) seized:

See attached

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/19/2023

_____
Executing officer's signature

Jason Saitta / FBI Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 4-PX-3703859

On (date): 1/18/2023

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Scionti Residence

(Street Address): 113 E Hermosa Dr

(City): Tempe AZ 85282

Description of Item(s): 1- ammo can with live ammo, 2- Live Ammo, 3- Firearm Kel tec SU16 Model S/N NCU36, 3A Magazines with live ammo, 4- Firearm S/N 831271 Winchester 1894 30WCF, 5- Firearm She 007x 56 S/N B31023, 6- Firearm CZ CZ82 9x18mm S/N 090703CZ, 6A- Magazine and live ammo, 7- Firearm Baretta 9mm S/N 26906, 8- Firearm 7.62 M57 S/N M57-001604, 8a 7.62 M57 S/N M57-001604 Firearm, 8a - Magazine with live ammo, 9- ammo in safe, 10- Runway Sub Cal 45/410 Firearm, 11A- live ammo in box, 11B- live ammo in can, 11C- live ammo in Red can, 11D- live ammo in can, 11E- live ammo in can, 11F- live ammo in can, 12- Firearms paperwork, 13- Firearms paperwork, 14- P80 Sig Sauer P320 Grip Module, 14A- Springfield armory 9mm magazine, 15- Firearms paperwork and drivers license (DL not taken)

Nothing Further

Received By: (Signature)
Printed Name/Title: Special Agent Saito

Received From: (Signature) Robin Scionti
Printed Name/Title: Robin Scionti